UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| ROBERT ANTHONY NELSON, ) | Civil Action No. 4:15- 04967-MBS-TER |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER

upon consideration of the Defendant's Motion to Remand and with the consent of

Plaintiff, it is hereby

**ORDERED** that the Defendant's motion is granted and this action is remanded to the

Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

      s/Thomas E. Rogers, III
THOMAS E. ROGERS, III
UNITED STATES MAGISTRATE JUDGE

September 12, 2016
Florence, South Carolina