IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Robert Anthony Nelson, ) | |
| ) | C/A No. 4:15-4967-MBS |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| Carolyn W. Colvin, Acting Commission of ) | |
| the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff Robert Anthony Nelson brought this action to obtain judicial review of a final decision of Defendant Commissioner of Social Security denying Plaintiff's application for disability insurance benefits. On September 12, 2016, on motion of Defendant Acting Commissioner, the case was remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

This matter now is before the court on Plaintiff's motion for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, which motion was filed October 12, 2016. Counsel moves for attorneys' fees in the amount of $2,044.08, representing 10.90 hours at $187.53 per hour. On October 28, 2016, Defendant filed a response informing the court that she does not oppose Plaintiff's motion.

Plaintiff's motion for fees under the EAJA (ECF No. 20) is **granted** in the amount of $2,044.08, to be paid directly to Plaintiff, as required by Astrue v. Ratliff, 130 S. Ct. 2521 (2010).

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina
November 2, 2016